## DIXON v. GREAT FALLS & OLD DOMINION RAIL- WAY COMPANY.

This case is governed by the decision of the court in *Dixon* v. *Great Falls & O. D. R. Co. ante,* 591.

No. 2373. Submitted April 4, 1912. Decided April 22, 1912.

HEARING on an appeal by the plaintiff from a judgment of the Supreme Court of the District of Columbia, on a verdict directed by the court, in an action by a husband to recover damages for the loss of his wife's services. *Reversed.*

Mr. *Leonard J. Mather* and Mr. *John P. McMahon* for the appellant.

Mr. *Wilton J. Lambert* and Mr. *A. S. Worthington* for the appellee.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

Appellant, Robert A. Dixon, brought this suit against the defendant, the Great Falls & Old Dominion Railway Company, to recover damages for loss of services of his wife, Mary L. Dixon, appellant in case No. 2,372, *ante,* 591. As his right of recovery must depend largely upon the final disposition of that case, the judgment in this cause will be reversed, and remanded for further proceedings. *Reversed and remanded.*